Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br>           Plaintiff, <br><br> v. <br><br> JOHN DOES 1-12, <br><br>           Defendants. | Civil Action No. 3:12-cv-05102-JAP-TJB |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE10 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 10 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 10 was assigned the IP Address 68.34.174.12. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 10 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated:  December ____, 2012

Respectfully submitted,

By: ___/s/ *Patrick J. Cerillo*_____

Patrick J. Cerillo, Esquire
pjcerillolaw@comcast.net
Attorney At Law
4 Walter Foran Boulevard, Suite 402
Flemington, NJ 08822
Phone:  908-284-0997
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December _____, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/*Patrick J. Cerillo*
Patrick J. Cerillo, Esq.

2